RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

MOTION FOR EXTENSION OF TIME

To the Court of Appeals, Austin Texas.

The case and Cause No. 05-14-007171-CR, tried in the 366TH Judicial Court, Collin County, Texas and styled the STATE OF TEXAS vs FRANCISCO JAMES HURTADO.

Now comes Appellant, FRANCISCO JAMES HURTADO, by his own record in the above entitled and numbered cause files this, his MOTION for EXTENSION OF TIME.

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

ON the 8th day of May, 2014 in the 366TH Judicial DISTRICT Court of Collin County, TEXAS in Cause No. 05-14-007171-CR, the Appellant was convicted of the offense of attempted murder and sentenced to ten (10) years confinement in prison, and a $5000.00 fine.

A motion for appeal was filed on the 8th day of June, 2014, and original verdict was affirmed by the court on the 25th day of August 2015.

This Motion for EXTENSION OF TIME is due to be filed no later than the 25th day of SEPTEMBER, 2015. The Motion for EXTENSION OF TIME is to file Petition for DISCRETIONARY REVIEW.

Appellant now makes his first request for an extension of time to file Appellant's brief. The period of time requested is an additional (30) thirty days.

Appellant respectfully requests this motion for extension of time be granted by the court.

SIGNED ON THIS DAY SEPTEMBER 9TH 2015

SINCERELY

Francisco Hurtado

FRANCISCO HURTADO